ACCEPTED
03-16-00131-CV
13876430
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/18/2016 1:21:47 PM
JEFFREY D. KYLE
CLERK

## NO. 03-16-00131-CV

IN THE COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/18/2016 1:21:47 PM
JEFFREY D. KYLE
Clerk

Mary Louise Serafine,
*Appellant*

v.

Alexander Blunt, Ashley Blunt;
Scott Lockhart, Austin Drainage and Foundation, LLC
D/B/A Austin Drainage and Landscape Development;
Viking Fence Company, Ltd.; and Viking GP, LLC,
*Appellees*.

## UNOPPOSED SECOND JOINT MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEFS

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellees Alexander and Ashley Blunt, Scott Lockhart and Austin Drainage & Foundation, LLC, and Viking Fence Company, Ltd. and Viking GP, LLC ("the Appellees") move pursuant to Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure, asking that this Court grant a 37-day extension of time for filing their Appellees' Brief from December 2, 2016 until January 9, 2017. Appellant is unopposed to this request.

1

## I. ARGUMENT & AUTHORITIES

1.     The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file the Appellees' Briefs. This Motion is filed in accordance with Texas Rule of Appellate Procedure 10.5(b)(1).

2.     No rule provides a deadline to file this Motion to Extend. *See* Tex. R. App. P. 38.6(d).

3.     Appellees' Briefs are currently due on December 2, 2016.

4.     Appellees need additional time to prepare their Briefs due to the pending holidays and other deadlines including:

a.     offices will be closed for Thanksgiving on November 24-25; and counsel for the Viking Appellees will be traveling out of state from November 22–26 to visit family during the Thanksgiving holiday.

b.     counsel for the Viking Appellees also needs additional time to prepare the Viking Appellees' brief because counsel has been and will be occupied with preparing appellate briefs in *Shull v. Westover Crossing (SA) HOA, Inc., et al.*, No. 04-15-00692-CV, pending in the Fourth District Court of Appeals at San Antonio, Texas (which brief is due December 7, 2016); and *Elkay Manufacturing Co. v. Guttenberg*

*Industries, Inc.*, No. 02-16-00385-CV, pending in the Second Court of Appeals at Fort Worth, Texas (which brief is due December 12, 2016).

c. counsel Amanda Taylor is specially set for trial in Travis County District Court on December 19-22, including a series of pretrial deadlines in the weeks preceding that setting (Cause No. D-1-FM-15-005879);

d. counsel Amanda Taylor has other Appellees' Briefs that will be due in this Court on January 6 (Cause No. 03-16-00250-CV) and January 17, 2017 (Cause No. 03-16-00704-CV), both of which will require time to prepare contemporaneous with the brief in this matter;

e. offices will be closed for the winter holidays on December 23, 26, and January 2, and will include out-of-town travel by counsel Amanda Taylor on December 24-29; and

f. as previously discussed, the large number and complexity of the issues presented and the voluminous nature of the record designated by Appellant require additional time to review and prepare the Appellees' Brief.

5. A standard 30-day extension would fall on January 3, 2017 because day 30 is Sunday, January 1, 2017 (New Year's Day) and the next Monday, January 2, 2017, is a state and federal observed holiday (for New

Year's Day). Also in light of counsel's travel schedules and other deadlines, it would be very difficult to complete the Briefs by this date. Hence, counsel for all Appellees jointly and respectfully request an additional week, moving the deadline to Monday, January 9, 2017.

6. The requested extension of Appellees' Briefs deadline will not prejudice any party. To this end, Appellees do not oppose granting Appellant a commensurate 37-day extension of her Reply Brief deadline, which incorporates the 30-day extension she previously obtained and adds an extra week to equal the extension requested by Appellees.

7. One extension of time has previously been granted to Appellees in this appeal.

8. The $10.00 filing fee has been submitted in connection with this Motion.

### III. PRAYER

For these reasons, Appellees Alexander and Ashley Blunt, Scott Lockhart and Austin Drainage & Foundation, LLC, and Viking Fence Company, Ltd. and Viking GP, LLC respectfully pray, without any opposition of any party, that this Court grant an extension of time to file their Appellees' Briefs from December 2, 2016 to January 9, 2017, which is 37 days from the current deadline.

Respectfully submitted,

MARTENS, TODD, LEONARD, TAYLOR & AHLRICH

By: /s/ Amanda G. Taylor
     Amanda Taylor
     ataylor@textaxlaw.com
     State Bar No. 24045921
     301 Congress Ave., Suite 1950
     Austin, Texas 78701
     Telephone:   (512) 542-9898

ATTORNEY FOR APPELLEES ALEXANDER
AND ASHLEY BLUNT


Joined by,

THOMPSON COE COUSINS & IRONS, LLP

By: /s/ Sara Churchin (with permission)
     Wade C. Crosnoe
     wcrosnoe@thompsoncoe.com
     State Bar. No. 00783903
     Sara B. Churchin
     schurchin@thompsoncoe.com
     State Bar No. 24073913
     701 Brazos Street, Suite 1500
     Austin, Texas 78701
     Telephone: (512) 708-8200

COUNSEL FOR APPELLEES VIKING FENCE
COMPANY, LTD. AND VIKING GP, LLC

And by,

LAW OFFICE OF RONALD MAX RAYDON

By: */s/ Ron Raydon (with permission)*
        Ronald M. Raydon
        ron@raydonlaw.com
        State Bar No. 00798456
        1718 Fry Road, Suite 450
        Houston, Texas 77084
        Telephone: (281) 398-6402

COUNSEL FOR APPELLEES SCOTT LOCKHART AND AUSTIN DRAINAGE & FOUNDATION, LLC

## **CERTIFICATE OF CONFERENCE**

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, with permission and agreement by counsel for all Appellees, with Mary Louise Serafine (pro se counsel for Appellant). All Appellees join in this Motion, and Ms. Serafine is unopposed.

*/s/ Amanda G. Taylor*
Amanda G. Taylor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Unopposed Second Joint Motion for Extension of Time to File Appellees' Briefs has been electronically filed and served on all counsel below on November 18, 2016.  *See* Tex. R. App. P. 9.2(c)(1), 9.5(b)(1).

Mary Louise Serafine, Esq.
P.O. Box 4342
Austin, Texas 78765
mlserafine@gmail.com
*Appellant, Pro Se*

Ronald M. Raydon
LAW OFFICE OF RONALD MAX RAYDON
1718 Fry Road, Suite 450
Houston, Texas 77084
ron@raydonlaw.com
*Counsel for Appellees Scott Lockhart and*
*Austin Drainage & Foundation, LLC*

Sara B. Churchin
Wade C. Crosnoe
THOMPSON COE COUSINS & IRONS, LLP
701 Brazos Street, Suite 1500
Austin, Texas 78701
schurchin@thompsoncoe.com
wcrosnoe@thompsoncoe.com
*Counsel for Appellees Viking Fence*
*Company, Ltd. and Viking GP, LLC*

*/s/ Amanda G. Taylor*
Amanda G. Taylor